The **OHIO CASUALTY INSURANCE COMPANY, Plaintiff–Counter Defendant–Appellee,**

v.

**GARDEN OF EAT'N OF TAMPA, INC., Defendant,**

**Sherri Gafford, Defendant–Counter Claimant–Appellant.**

No. 11–14585
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 7, 2012.

Anthony J. Russo, Kimberly N. Gorak, Daniel Hater, Fay E. Ryan, Shannon Tan, Butler Pappas Weihmuller Katz Craig, LLP, Tampa, FL, for Plaintiff–Counter Defendant–Appellee.

Marc J. Semago, Clark & Martino, PA, Tampa, FL, for Defendant–Counter Claimant–Appellant.

Before TJOFLAT, EDMONDSON, and FAY, Circuit Judges.

PER CURIAM:

The judgment entered in favor of The Ohio Casualty Insurance Company is affirmed for the reasons set forth in the ORDER of the district court dated September 2, 2011.

**AFFIRMED.**